IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**DEWIN SANCHEZ-SERRANO,**<br>Defendant. | CRIMINAL NO. 19-192 (DRD) |

## **JOINT INFORMATIVE MOTION REGARDING THE STATUS OF THE CASE**

The United States of America, Samantha Drake, Attorney for Defendant, and Jason Sanchez-Aponte, Defendant, pursuant to the Court's Order at ECF No. 31, hereby file this joint informative motion regarding the status of the case.

At this time, the parties agree and stipulate to the following:

- The United States has provided all discovery to Defendant through his attorney for his review.

- The parties are engaged in advanced plea negotiations and do not expect the case to go to trial.

- The defendant requests 60 days to file for change of plea.

**WHEREFORE**, the parties respectfully requests that the Court take note of this joint informative motion regarding the status of the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of April, 2020.

| | |
|---|---|
| W. STEPHEN MULDROW<br>United States Attorney | ERIC A. VOS<br>Federal Public Defender |
| */S/ Yanira Colon*<br>Yanira Colon<br>Special Assistant U.S. Attorney<br>USDC # 226507<br>Torre Chardon, Suite 1201<br>350 Carlos Chardon Avenue<br>San Juan, PR 00918<br>787-766-5656 | */S/ Samantha Drake*<br>Samantha Drake<br>Assistant Federal Public Defender<br>Patio Gallery Building<br>241 Franklin D. Roosevelt Ave.<br>San Juan, PR 00918 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

>*/S/ Yanira Colon*
>Assistant U.S. Attorney
>USDC # 226507