**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　　v.<br><br>DEWIN SANCHEZ SOSA<br>　Defendant. | Criminal no. 19-192 (DRD) |

**JOINT MOTION REQUESTING STATUS CONFERENCE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Allende, and the government respectfully states and prays as follows:

1. The parties inform the Court that negotiations in this case have been in good faith and on-going.

2. At this juncture, the parties have a tentative plea agreement that would resolve this current matter, along with the revocation proceeding in case number 12-620 (ADC).

3. Nevertheless, it is requested that the Court schedules a status conference at the earliest available date so that the parties may inform of the progress made in the negotiations, and to set a change of plea deadline, along the scheduling of a Pre-Trial Conference hearing.

4. This will provide the parties with a defined schedule that will in turn, enable the parties to resolve all pending matters more efficiently.

**WHEREFORE**, it is requested that the Court sets a status conference at the earliest available date to discuss the matters addressed in the current motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of November 2021.

I HEREBY CERTIFY, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
Dalcala@defensorialegal.com


*s/ Cristina Caraballo Colón*
Cristina Caraballo Colón
Special Assistant United States Attorney's Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787-775-5656
Fax: 787-766-6222
USDC-PR No. 300508
Email: cristina.caraballo.colon@usdoj.gov