IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br><br>v.<br><br>DEWIN SANCHEZ SERRANO<br>  Defendant. | Criminal no. 19-192 (DRD) |

**Motion to continue Change of Plea deadline**

To the Honorable Court:

Comes now the defendant, Mr. Sánchez Serrano, and respectfully states and prays as follows:

1. On May 13, 2022, the Court set a change of plea deadline of June 3, 2022 and then set a status conference for June 13, 2022. (*See* Docket Entry #55)

2. Mr. Sánchez Serrano is currently detained at Guayama 1000.

3. Due to the current established protocol implemented by the Department of Corrections and Rehabilitation of Puerto Rico, all visits to Guayama 1000 must be scheduled in advanced.

4. Because of this schedule, the earliest available date to visit Mr. Serrano-Sánchez will be Wednesday, June 8, 2022, which is past the set deadline.

**WHEREFORE**, Mr. Sánchez Serrano respectfully requests that this motion is granted and that the Court continues the change of plea deadline until the scheduled status conference, June 13, 2022.

        **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of June 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

                                  *s/Diego H. Alcalá Laboy*
                                  Diego H. Alcalá Laboy

PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com