# In The United States District Court
## for the District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　　v.<br><br>DEWIN SANCHEZ SERRANO<br>　Defendant. | Criminal no. 19-192 (DRD) |

**Motion to Inform and to vacate the scheduled status conference**

To the Honorable Court:

Comes now the defendant, Mr. Sánchez Serrano, and respectfully states and prays as follows:

1. On May 13, 2022, the Court set a change of plea deadline of June 3, 2022, and then set a status conference for June 13, 2022. (*See* Docket Entry #55)

2. The Court granted a request made by Mr. Sánchez Serrano for an extension of time to file a change of plea motion because the earlies available date to visit him at Guayama 1000 was June 8, 2022. (See Docket Entries #57, 58)

3. Today, the undersigned attempted to meet Mr. Sánchez Serrano at Guayama 1000 but was informed by personnel from the Department of Corrections and Rehabilitation of Puerto Rico that Mr. Sánchez Serrano is housed in a unit that has been placed in quarantine for the next seven (7) days because of a positive COVID-19 result within that group of persons housed therein.

4. During a quarantine, Mr. Sánchez Serrano cannot meet with persons outside of his unit, and therefore is not allowed to receive legal visits, nor participate in a VTC meeting.

5. After the indicated seven (7) days, all inmates will again be tested, but if a positive test is detected, the quarantine is again extended.

**WHEREFORE**, Mr. Sánchez Serrano respectfully requests that the Court takes note of the information herein and that the Court vacates the scheduled status conference and allow the undersigned to inform via motion the case status on or before June 27, 2022,

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of June 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com