IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>                      v.<br><br>DEWIN SANCHEZ SERRANO<br>  Defendant. | Criminal no. 19-192 (DRD) |

**Motion to Inform and to vacate the change of plea deadline**

To the Honorable Court:

Comes now the defendant, Mr. Sánchez Serrano, and respectfully states and prays as follows:

1. On June 8, 2022, the Court granted Mr. Sanchez Serrano's request to continue the change of plea deadline and status conference because Mr. Sánchez Serrano was housed in a particular unit within Guayama 1000, that was placed in a quarantine lock-down which prohibits legal calls or legal visits.

2. As informed then, the lockdown was scheduled to be lifted on June 15, 2022.

3. Nevertheless, personnel from the Guayama 1000 prison informed that the quarantine lockdown was extended and that it is now scheduled to be lifted on or about June 21, 2022.

4. These quarantine lockdown measures will be continuedly applied until all those housed in said unit do not test positive for COVID19.

5. Only after the quarantine lockdown measures are lifted will the Department of Corrections and Rehabilitation allow any legal visits to the institution, which are scheduled according to the availability of space for attorneys.

6. Because of this, the undersigned cannot meet and discuss with Mr. Sánchez Serrano the particulars of his case in a timely and responsible manner.

**WHEREFORE**, Mr. Sánchez Serrano respectfully requests that the Court takes note of the information herein and that the Court vacates the change of plea deadline and allow the undersigned to inform at the next status conference.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of June 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com