IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　　　v.<br>DEWIN SÁNCHEZ SERRANO<br>　Defendant. | Criminal no. 19-192 (DRD) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sánchez Serrano, and respectfully states and prays as follows:

1. Mr. Sánchez Serrano is scheduled to appear before this Court for his Change of Plea Hearing on Friday, September 30, 2022. (See Docket Entry # 69)

2. The undersigned has attempted to contact Mr. Sánchez Serrano at the Guayama 1000 institution on multiple occasions since Hurricane Fiona made landfall in Puerto Rico, on Sunday September 18, 2022.

3. The prison personnel had informed that as of yesterday, September 27, 2022, that many units in that institution had been placed on an extended COVID-19 quarantine, that it had no electricity and was running on generators, and that was awaiting instructions as to the transfer of inmates to in-court hearings since there had been no transfers effectuated since Hurricane Fiona made landfall.

4. The undersigned attempted to contact the US Marshal Service, but their telephone number appears to be disconnected, and the email provided by the Clerk's Office dated memorandum circulated on August 26, 2022, is not working.[1]

---

[1] The Memo instructs attorneys to use a new email: PRD_InmateLocation@usms.doj.gov, to contact US Marshals.

**WHEREFORE**, Mr. Sánchez Serrano respectfully requests that this Court take note of the information contained herein, and that it Orders the US Marshals to inform if Mr. Sánchez Serrano will be brought for the in-person hearing, as scheduled.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of September 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
