IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>DEWIN SÁNCHEZ SERRANO<br>Defendant. | Criminal no. 19-192 (DRD) |
|---|---|

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Dewin Sánchez Serrano respectfully appeals to the United States Court of Appeals for the First Circuit the final judgment entered against him by the Honorable Daniel Dominguez, Judge for the United States District Court for the District of Puerto Rico, on February 10, 2023.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of February 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com